SEPTEMBER 19, 1961

**No. 66087.**—Geo. Hogue Mercantile Company *v.* United States, protest 269356–K.

Plaintiff's application for rehearing granted.

SEPTEMBER 18, 1961

**No. 66088.**—SUIT 5054.—C. J. Van Houten & Zoon, Inc., and Bluefries, New York, Inc. *v.* United States.— —C.D. 2178 affirmed June 2, 1961. C.A.D. 775.

**No. 66089.**—SUIT 5055.—Firth Sterling, Inc. *v.* United States.— —C.D. 2176 reversed July 14, 1961. C.A.D. 779.

SEPTEMBER 20, 1961

**No. 66090.**—APPEAL 5078.—Inter-Maritime Forwarding Co., Inc. *v.* United States.— —C.D. 2242. Appeal dismissed July 21, 1961.

BEFORE THE SECOND DIVISION, SEPTEMBER 25, 1961

**No. 66091.**—W. H. S. Lloyd Co., Inc., et al. *v.* United States, protests 60/22557, etc. (New York).

Opinion by RAO, J. In accordance with stipulation of counsel that the merchandise consists of samples similar in all material respects to those the subject of *Carson M. Simon & Co.* v. *United States* (46 Cust. Ct. 118, C.D. 2243), the claim of the plaintiffs was sustained.